ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Former Counsel for Defendant*
*Walmart Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| YOLANDA CAMPOS SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a Foreign Corporation; DOE MANAGER, a Nevada Resident; DOE EMPLOYEE, a Nevada Resident; ROE CLEANING COMPANY, a Nevada Corporation; DOES III through X; and ROE CORPORATIONS II through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00122-JCM-VCF<br><br>**ERRATA TO MOTION TO WITHDRAW FORMER COUNSEL OF RECORD, THOSE ATTORNEYS AFFILIATED WITH PHILLIPS, SPALLAS & ANGSTADT, LLC, FROM THE ELECTRONIC SERVICE LIST** |
|---|---|

COMES NOW, former counsel for Defendant, WALMART INC. ("Defendant" and/or "Walmart"), who hereby petitions this Court, pursuant to Local Rule LR IA 11-6(b), to withdraw those attorneys affiliated with the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC, from the electronic service list on the above-captioned matter.

Specifically, undersigned counsel requests the following names and addresses be removed from the service list:

. . .

. . .

- 1 -

| | | |
|---|---|---|
| Robert K. Phillips | rphillips@psalaw.net, | aayres@psalaw.net, |
| afoshee@psalaw.net, | creyes@psalaw.net, | dwilson@psalaw.net, |
| iburton@psalaw.net, | jkephart@psalaw.net, | jpatrick@psalaw.net, |
| jtang@psalaw.net, | laguilar@psalaw.net, | lrobinson@psalaw.net, |
| lvmail@psalaw.net, | lwall@psalaw.net, | mcervantes@psalaw.net, |
| msoto@psalaw.net, | mwessel@psalaw.net, | nhebert@psalaw.net, |
| tkuhls@psalaw.net | | |

Megan Elizabeth Wessel   mwessel@psalaw.net

Jennifer Tang   jtang@psalaw.net

**Further, please DO NOT remove the following addresses for current defense counsel:**

Matthew B. Beckstead   mbeckstead@rlattorneys.com
cwilliams@rlattorneys.com
sjackson@rlattorneys.com

DATED this 11th day of April 2022.

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101

*Former Counsel for Defendant Walmart Inc.*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  4-18-2022 _____

# CERTIFICATE OF SERVICE

I hereby certify that on the <u>11th</u> day of April 2022, I served a true and correct copy of the foregoing, **ERRATA TO MOTION TO WITHDRAW FORMER COUNSEL OF RECORD, THOSE ATTORNEYS AFFILIATED WITH PHILLIPS, SPALLAS & ANGSTADT, LLC, FROM THE ELECTRONIC SERVICE LIST**, as follows:

☐ By facsimile addressed to the following counsel of record, at the address listed below:

☐ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Electronic Filing/Service Notification through ECF/PACER filing to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| BOYD B. MOSS III, ESQ.<br>Nevada Bar No. 8856<br>JOHN C. FUNK, ESQ.<br>Nevada Bar No. 9255<br>MOSS BERG INJURY LAWYERS<br>4101 Meadows Lane, Suite 110<br>Las Vegas, NV 89107 | Phone 702-222-4555<br>Fax     702-222-4556 | Plaintiff |
| TROY A. CLARK, ESQ.<br>Nevada Bar No. 11361<br>RESNICK & LOUIS, P.C.<br>8925 W. Russell Road, Ste. 220<br>Las Vegas, Nevada 89148 | Phone: 702-363-2535<br>Fax:     702-363-2534 | Defendant |

*/s/ Joshua J. Kephart*
_____
An Employee of PHILLIPS, SPALLAS & ANGSTADT, LLC