**RESNICK & LOUIS, P.C.**
TROY A. CLARK, ESQ.
Nevada Bar No. 11361
ELEANOR D. MURPHY, ESQ.
Nevada Bar No. 15071
8925 West Russell Road, Suite 220.
Las Vegas, NV  89148
tclark@rlattorneys.com
emurphy@rlattorneys.com
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant,*
*Walmart, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YOLANDA CAMPOS SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a Foreign Corporation; DOE MANAGER, a Nevada Resident; DOE EMPLOYEE, a Nevada Resident; ROE CLEANING COMPANY, a Nevada Corporation; DOES II through X; and ROE CORPORATIONS II through X, inclusive,<br><br>Defendants. | CASE NO:  2:22-cv-00122-JCM-VCF<br><br>**MOTION TO WITHDRAW ATTORNEY, MATTHEW BECKSTEAD, ESQ., FROM THE SERVICE LIST** |

COMES NOW, former attorney for Defendant, WALMART, INC. ("Defendant" and/or "Walmart"), who hereby petitions this Court, pursuant to Local Rule LR IA 11-6(b), to withdraw Matthew Beckstead, Esq. of RESNICK & LOUIS, P.C., mbeckstead@rlattorneys.com, from the

///
///
///
///
///

1

electronic service list on the above-captioned matter.

DATED this 8th day of February, 2023.

                                      **RESNICK & LOUIS, P.C.**

                                      */s/ Eleanor D. Murphy*
TROY A. CLARK, ESQ.
Nevada Bar No. 11361
ELEANOR D. MURPHY, ESQ.
Nevada Bar No. 15071
8925 West Russell Road, Suite 220.
Las Vegas, NV  89148
tclark@rlattorneys.com
emurphy@rlattorneys.com
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant,*
*Walmart, Inc.*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

       2-8-2023
DATED _____

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of February, 2023, a true and correct copy of the foregoing **MOTION TO WITHDRAW ATTORNEY, MATTHEW BECKSTEAD, ESQ., FROM THE SERVICE LIST** was served via the United States District Court CM/ECF system on all parties or persons requiring notice, as follows:

[ ]   **BY U.S. MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada, addressed as set forth below.

[X]   **BY ELECTRONIC SERVICE**: by transmitting via the Court's electronic filing services the document(s) listed above to the Counsel set forth on the service list on this date pursuant to EDCR Rule 7.26(c)(4).

Boyd B. Moss III, Esq.
John C. Funk, Esq.
MOSS BERG INJURY LAWYERS
4101 Meadow Lane, Suite 110
Las Vegas, NV 89107
boyd@mossberglv.com
john@mosserglv.com
*Attorneys for Plaintiff,*
*Yolanda Campos Sanchez*

                                        */s/ Bonita Alexander*
                                        _____
                                        An Employee of Resnick & Louis, P.C.