**Charles T. Meyer, Esq. (NV 11842)**
**Tabetha A. Martinez, Esq. (NV 14237)**
**Susan E. Gillespie, Esq. (NV15227)**
**BURGER | MEYER LLP**
400 South 4th St., Suite 500
Las Vegas, NV 89101
Telephone:  (949) 427-1888
Facsimile:   (949) 427-1889
Email:  cmeyer@burgermeyer.com
            tmartinez@burgermeyer.com
            sgillespie@burgermeyer.com

Attorneys for Defendant
WALMART INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YOLANDA CAMPOS SANCHEZ, | Case No.: 2:22-cv-00122-JCM-MDC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| WALMART INC., a Foreign Corporation; DOE MANAGER, a Nevada Resident; DOE EMPLOYEE, a Nevada Resident; ROE CLEANING COMPANY, a Nevada Corporation; DOES II through X; and ROE CORPORATIONS II through X, inclusive, | |
| Defendants. | |

Plaintiff Yolanda Campos Sanchez (hereafter "Plaintiff") and Defendant Walmart, Inc. (hereafter "Defendant") hereby stipulate and agree that this case be dismissed, with prejudice, and that each party bear its own attorneys' fees and/or costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Entry of Stipulation and Order will result in the dismissal of the entire action, with prejudice, as to all Defendants.

| Dated: | Dated: 4/15/24 |
|---|---|
| **BURGER│MEYER** <sup>LLP</sup> | MOSS BERG INJURY LAWYERS |
| _____ | _____ |
| Tabetha A. Martinez, Esq. (NV14237)<br>Susan E. Gillespie, Esq. (NV15227)<br>400 South 4th St., Suite 500<br>Las Vegas, NV 89101<br>Attorney for Defendant<br>WALMART, INC. | Boyd B. Moss III, Esq. (NV8856)<br>John C. Funk, Esq. (NV9255)<br>4101 Meadow Lane, Suite 110<br>Las Vegas, NV 89107<br>Attorney for Plaintiff |

### ORDER

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY STIPULATED AND AGREED** that this case, including any and all claims brought by Plaintiff, is hereby dismissed with prejudice.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that the Parties will bear their own attorney fees and costs.

Entry of Stipulation and Order will result in the dismissal of the entire action, with prejudice, as to all Defendants.

Dated: 04/15/24

**BURGER | MEYER** LLP

_____
Tabetha A. Martinez, Esq. (NV14237)
Susan E. Gillespie, Esq. (NV15227)
400 South 4th St., Suite 500
Las Vegas, NV 89101
Attorney for Defendant
WALMART, INC.

Dated:

MOSS BERG INJURY LAWYERS

_____
Boyd B. Moss III, Esq. (NV8856)
John C. Funk, Esq. (NV9255)
4101 Meadow Lane, Suite 110
Las Vegas, NV 89107
Attorney for Plaintiff

**ORDER**

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY STIPULATED AND AGREED** that this case, including any and all claims brought by Plaintiff, is hereby dismissed with prejudice.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that the Parties will bear their own attorney fees and costs.

DATED April 18, 2024.

_____
UNITED STATES DISTRICT JUDGE